UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -

JAMIE FRIERSON,

          Defendant.

- - - - - - - - - - - - - - - - - x

INDICTMENT

19 Cr.

19 CRIM 450



## COUNT ONE

### (Bank Robbery)

The Grand Jury further charges:

1. On or about May 8, 2019, in the Southern District of New York and elsewhere, JAMIE FRIERSON, the defendant, knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management, and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, FRIERSON obtained United States currency from an Apple Bank branch located in the vicinity of 120 East Fordham Road, Bronx, New York, by demanding with the threat of violence that a bank employee turn over to FRIERSON money in the bank's custody.

(Title 18, United States Code, Sections 2113(a) and 2.)

JUDGE GARDEPHE

## COUNT TWO

### (Bank Robbery)

The Grand Jury further charges:

2. On or about May 9, 2019, in the Southern District of New York and elsewhere, JAMIE FRIERSON, the defendant, knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management, and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, FRIERSON obtained United States currency from an Apple Bank branch located in the vicinity of 44 East 161st Street, Bronx, New York, by demanding with the threat of violence that a bank employee turn over to FRIERSON money in the bank's custody.

(Title 18, United States Code, Sections 2113(a) and 2.)

FORFEITURE ALLEGATION

3. As a result of committing the offenses alleged in Counts One and Two of this Indictment, JAMIE FRIERSON, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to

a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

## SUBSTITUTE ASSETS PROVISION

4. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461(c).)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**JAMIE FRIERSON,**

Defendant.

---

**INDICTMENT**

19 Cr.

(18 U.S.C. §§ 2113(a) and 2.)

GEOFFREY S. BERMAN
United States Attorney

*[signature]*
Foreperson

---

*INDICTMENT
CASE ASSIGNED TO HON. PAUL G. GARDEPHE
6/17/19 — HON. SARAH NETBURN, USMJ*