

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

---

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

July 8, 2019

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshal United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Jamie Frierson*, **19 Cr. 450 (PGG)**

Dear Judge Gardephe:

    The Government respectfully writes, with the consent of defense counsel, to request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today until the date of the arraignment in the above-captioned matter. On June 25, 2019, the Government wrote the Court requesting that the Court schedule an arraignment on or after July 10, 2019. Since then the parties have conferred and agreed to exclude time until the date of the arraignment in the interests of justice for the reasons set forth in the June 25, 2019 letter. The Government is available to answer any questions the Court may have.

                                    Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                  United States Attorney

                By:   /s/_____
                      Aline R. Flodr
                      Sagar K. Ravi
                      Sheb Swett
                      Assistant United States Attorney
                      Southern District of New York
                      (212) 637-1110 / 2195 / 6522

cc:    Christopher Flood, Esq. (by ECF)