UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JAMIE FRIERSON,

            Defendant.

**ORDER**

19 Cr. 450 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the sentencing of the Defendant will take place on **February 13, 2020 at 3:30 p.m.** Any submissions on behalf of the Defendant are due **January 23, 2020**, and any submission by the Government is due on **January 30, 2020**.

      It is further ORDERED that the Probation Department prepare a presentence investigation report for the Defendant.

Dated: New York, New York
       December 2, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge