UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JAMIE FRIERSON,

                Defendant.

**ORDER**

19 Cr. 450 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the sentencing scheduled for February 13, 2020 is adjourned to **March 3, 2020 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are due **February 11, 2020**, and any submission by the Government is due on **February 18, 2020**.

Dated: New York, New York
       February 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge