# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

May 1, 2020

**By ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square

Re:   United States v. Jamie Frierson, 19 cr. 450 (PGG)

Judge Gardephe:

I write to inform the Court that we were informed this afternoon by the United States Marshals Service that Mr. Frierson died today in hospice care. We have informed his family and understand the Marshals Service will be in contact with them as well.

Respectfully Submitted,

/s/
Christopher A. Flood
Assistant Federal Public Defender
Federal Defenders of New York
*Counsel for Mr. Jamie Frierson*

cc: All counsel, by ECF